UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TULLIA HEISSENBERG, Individually,

    Plaintiff,

        vs.                                  Case No. 9:22-cv-81729-AMC

CELL NATION OF 3006 BROADWAY CORP.,
A New York corporation, et. al.

    Defendants.
_____/

## NOTICE OF APPEARANCE FOR MELBER, LLC

    The law firm of Forster Boughman hereby files its Notice of Appearance as counsel for Defendant, MELBER, LLC., and hereby requests that all pleadings, motions, notices, orders and all other filings in this case be furnished to the undersigned as counsel for the Defendant.

James E. Shepherd, Esq.
Forster Boughman
2200 Lucien Way, Suite 405
Maitland, Florida 32751
shepherd@forsterboughman.com
service@forsterboughman.com

    I HEREBY CERTIFY that on the 12th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a copy was sent via US Mail to: David C. Silver, Esq and Jason C. Miller, Esq, Silver Miller, 4450 NW 126th Ave – Suite 101, Coral Springs, Fl 33085 Dsliver@silvermillerlaw.com and Jmiller@silvermillerlaw.com.

                                                */s/James E. Shepherd*
                                                James E. Shepherd, Esq.
                                                Florida Bar No.: 0947873
                                                Forster, Boughman
                                                2200 Lucien Way, Suite 405
                                                Maitland, Florida 32751
                                                Telephone: 407-255-2055
                                                Email Address: shepherd@forsterboughman.com
                                                Secondary Email: service@forsterboughman.com
                                                Counsel for Defendant, Melber, LLC.