UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

**CASE NO. 22-cv-81729-AMC**

TULLIA HEISSENBERG,

    Plaintiff,

vs.

CELL NATION OF 3006 BROADWAY CORP., AKRAM INVESTMENTS, LLC, INSTA MOBILITY, INC., MELBER, LLC, LAXCA DF, INC., and WIRELESS PCS METRO STATIONS, INC.

    Defendants.
_____/

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendant, LAXCA DF, INC., in the above-styled cause.

    Respectfully submitted,

**DAVID P. REINER, II**; FBN 416400
**REINER & REINER, P.A.**
*Local Counsel for Defendant, LAXCA DF, INC.*
9100 So. Dadeland Boulevard, Suite 901
Miami, Florida  33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
*dpr@reinerslaw.com*; *eservice@reinerslaw.com*

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on **January 9, 2023**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**DAVID P. REINER, II**; FBN 416400

REINER & REINER, P A
ONE DATRAN CENTER • 9100 SOUTH DADELAND BLVD • SUITE 901 • MIAMI • FLORIDA • 33156 • TEL  305 670-8282 • FAX  305 670-8989